IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHOGER JAMDALANI AINSWORTH, | § | |
| and WALTER J. AINSWORTH, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:14-CV-1942-M |
| | § | |
| WELLS FARGO HOME MORTGAGE, | § | |
| INC., et al., | § | |
| Defendants. | § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiffs' Motion for Remand and Brief in Support*, filed May 30, 2014 (doc. 5), is **DENIED,** and *Defendant Barrett Daffin Frappier Turner & Engel, LLP's Motion to Dismiss and Brief in Support*, filed June 12, 2014 (doc. 9), is **GRANTED**.  By separate judgment, all of Plaintiffs' claims against Barrett Daffin Frappier Turner & Engel, LLP will be **DISMISSED with prejudice.**

**SIGNED** this 22nd day of December, 2014.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS