**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SHOGER JAMDALANI AINSWORTH, | § | |
| and WALTER J. AINSWORTH, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:14-CV-1942-M |
| | § | |
| WELLS FARGO HOME MORTGAGE, | § | |
| INC., et al., | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint and Brief in Support*, filed August 18, 2015 (doc. 46), is **GRANTED**. By separate judgment, all of Plaintiffs' claims against Wells Fargo Home Mortgage, Inc. and U.S. Bank National Association, as Trustee of Citigroup Mortgage Loan Trust Inc., will be **DISMISSED with prejudice**.

**SIGNED** this 23rd day of March, 2016.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS