IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHOGER JAMDALANI AINSWORTH, <br> and WALTER J. AINSWORTH, <br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO HOME MORTGAGE, <br> INC., et al., <br> Defendants. | § § § § § § § § § § | Civil Action No. 3:14-CV-1942-M |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendants' Motion for Summary Judgment*, filed October 7, 2016 (doc. 71), is **GRANTED**.

**SIGNED** this 7th day of August, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE