IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHOGER JAMDALANI AINSWORTH, and WALTER J. AINSWORTH, Plaintiffs, | § § § § | |
| v. | § | Civil Action No. 3:14-CV-1942-M |
| WELLS FARGO HOME MORTGAGE, INC., et al., Defendants. | § § § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Defendants' *Motion for Relief from Final Judgment and Brief in Support*, filed September 6, 2017 (doc. 95) is **DENIED**.

**SIGNED** this 10th day of May, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE